DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MICHAEL ROCHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROCHA,<br><br>Defendants. | Case No.  1:19-CR-00143-5-ADA<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD and ORDER** |

On June 14, 2019, a criminal complaint was filed against the defendant, Michael Rocha and a hearing was held on June 19, 2019. CJA Panel attorney, David A. Torres, was appointed as trial counsel to represent Mr. Rocha on June 19, 2019. Mr. Rocha was sentenced pursuant to a plea agreement on March 20, 2023. The time for filing a direct appeal was 14 days. No appeal was filed. Mr. Rocha was in custody at the time of sentencing. The trial phase of Mr. Rocha's criminal case has, therefore, come to an end.

Having completed my representation of Mr. Rocha, CJA attorney, David A. Torres, now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Rocha require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free-), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

1

Dated: May 15, 2023                                Respectfully Submitted,

                                              */s/ David A. Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              MICHAEL ROCHA

## ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter for Michael Rocha. Should Mr. Rocha seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist the defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant, Michael Rocha, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Michel Rocha
JID: 7096734
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

IT IS SO ORDERED.

Dated:   May 16, 2023                                  _____
                                                  UNITED STATES DISTRICT JUDGE